LISA C. GILINGER LAW OFFICES
LISA GILINGER
635 N. Alisos Street
Santa Barbara, California 93103-2557
Telephone Number: 805-568-5370
Fax number: 805-568-5149
E-mail: lisa@lisagilinger.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA VEGA, | CASE NO. 2:19-cv-03899-KES |
| Plaintiff, | |
| vs. | ORDER AWARDING EAJA FEES |
| NANCY A. BERRYHILL, | |
| Commissioner, Social Security, | |
| Defendant. | |

    The Court having considered the parties' stipulation for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d), IT IS HEREBY ORDERED that fees and expenses are awarded in the amount of $3,000.00 in accordance with the terms of the parties' stipulation.

DATE: July 27, 2020

                                                KAREN E. SCOTT
                                              United States Magistrate Judge